# COMPLAINT

FILED
MAR 27 2024
Clerk, U. S. District Court
Eastern District of Tennessee
At Knoxville

## IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF TENNESSEE

### Knoxville Division

3:24-CV-143

| | |
|---|---|
| ZACHARY C. CROUCH, | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| U.S. Department of the Treasury, | ) |
| Bureau of the Fiscal Service | ) |
| P. O. Box 1686 | ) |
| Birmingham, AL 35201-1686 | ) |
| Defendant. | ) |

1

## JURISDICTION

1. This court has subject matter jurisdiction over this matter pursuant to 28 U.S.C. 1331, which provides district courts with jurisdiction over civil actions arising under the United States Constitution or laws of the United States.
2. This court has personal jurisdiction over the defendants because the defendants' principal place of business is located in the State of Tennessee.
3. Venue is proper pursuant to 28 U.S.C. 1391(b) because the events giving rise to the allegations in this complaint occurred in this district.

## STATEMENT OF THE FACTS

(1) The Internal Revenue Service received payments from taxes from a job Plaintiff, Zachary Crouch, worked at in 2023. Plaintiff filed a tax return and was entitled to a refund of $1202.42. The amount credited to Plaintiff's bank account was only $178.14. The difference was said to be given to the TN Dept of Human Services for a debt that Plaintiff does not owe.

## COUNT ONE: THEFT

Due to Statement of the Facts (1), money was stolen from Plaintiff, illegally, by the Defendant. Specifically, the Defendant stole money that the Plaintiff had given to the Internal Revenue Service in good faith that it would be returned to Plaintiff if overpayment was made.

## REQUESTED RELIEF

The Plaintiff seeks a total monetary amount of $1024.28 for damages.

ZACHARY C. CROUCH

Plaintiff

*Zach Crouch*
404 Chickamauga Ave.
Knoxville, TN 37917

2